THE STATE OF KANSAS v. FRANK M. CAMPBELL.

No. 14,055.    (79 Pac. 1133.)

Appeal from Wyandotte district court; J. McCABE MOORE, judge. Opinion filed February 11, 1905. Affirmed.

*C. C. Coleman*, attorney-general, and *Jay F. Close*, assistant attorney-general, for The State.

*E. H. Wooley*, for appellant.

*Per Curiam:* The judgment of the district court in this case is affirmed on the authority of *The State v. Bowles*, ante, p. 821, decided at the present session of the court.

---

THE STATE OF KANSAS v. FRED YOUNG AND FRANK CLARK.

No. 14,056.    (79 Pac. 1133.)

Appeal from Wyandotte district court; J. McCABE MOORE, judge. Opinion filed February 11, 1905. Reversed.

*C. C. Coleman*, attorney-general, and *Jay F. Close*, assistant attorney-general, for The State.

*Hale & Maher*, for appellee.

*Per Curiam:* Under the decision rendered at the present session of the court in the case of *The State v. Bowles*, ante, p. 821, the indictment in this case was properly signed. The matter of misjoinder was not raised by the motion to quash, but since it is argued by both parties, and might be raised again, it is proper to say that the indictment was sufficient in this respect. ( *The State v. Meade*, 56 Kan. 690, 44 Pac. 619; *The State v. Schweiter*, 27 id. 499; *The State v. Hodges*, 45 id. 389, 26 Pac. 676; *The State v. Bussey*, 58 id. 679, 687, 50 Pac. 891; *The State v. Stevens*, 56 id. 720, 44 Pac. 992.)

The judgment of the district court quashing the indictment is reversed, and the cause remanded.